1   THOMAS P. O'BRIEN
    United States Attorney
2   LEON W. WEIDMAN
    Chief, Civil Division
3   MARCUS KERNER, CSB No. 107014
    Assistant United States Attorney
4       411 West Fourth Street, Suite 8000
        Santa Ana, California 92701
5       Telephone: (714) 338-3532
        Facsimile: (714) 338-3523
6       E-mail: marcus.kerner@usdoj.gov

7   Attorneys for Defendant Commissioner
8   of Social Security

JS-6
ENTERED

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 3 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

9           UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA

11              WESTERN DIVISION

12   PRUDENCIA PARRA,                )   NO. CV 07-08042-RNB
                                     )
13              Plaintiff,           )   [Proposed] **JUDGMENT OF
                                     )   REMAND**
14          v.                       )
                                     )
15   MICHAEL J. ASTRUE,              )
     Commissioner of                 )
16   Social Security,                )
                                     )
17              Defendant.           )
                                     )
18

19

20      The Court, having approved the parties' Stipulation to Voluntary Remand

21   Pursuant to Sentence 4 of 42 U.S.C. § 405(g) ("Stipulation for Remand") lodged

     concurrent with the lodging of the within Judgment of Remand,
22
     //
23
     //
24
     //
25
     //
26
     //
27
     //
28

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 3 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

1

1       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case

2   is remanded to the Commissioner of Social Security for further proceedings

3   consistent with the Stipulation for Remand and that judgment of remand is hereby

4   entered for the plaintiff.

5

6   DATE: July 29, 2008

7
                                    ROBERT N. BLOCK
8                                   United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2